702 A.2d 848

**MIERS/JOHNSTON PRINTING CORPORATION, Petitioner,**

v.

**BUCKS COUNTY BANK AND TRUST COMPANY, Respondent.**

Supreme Court of Pennsylvania.

Oct. 10, 1997.

## *ORDER*

PER CURIAM.

AND NOW, this 10th day of October, 1997, we **GRANT** the Petition for Allowance of Appeal, limited to the issues of (1) whether counsel's failure to promptly file Petitioner's Motion for Summary Judgment constituted a compelling reason for Petitioner's delay in proceeding and (2) whether the status conference, at which the trial court scheduled argument on Petitioner's Motion for Summary Judgment and scheduled a trial date, precluded the entry of judgment of non pros.